# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00248-JLK

5280 PROSPERITY LLC, a voluntarily
dissolved Colorado limited liability company,

                  Plaintiff,
    v.

WEST USA REALTY, INC., an Arizona corporation;
WW Franchise LLC, a Arizona limited liability company;
and CLINT FOUTS, an individual;
DOES 1-50,

                  Defendants.

---

## ORDER

---

Kane, J.

This matter is before me on Defendant Clint Fouts' Unopposed Motion For Leave to Restrict Access (Doc. 17). Having reviewed the motion and the relevant pleadings and finding good cause appearing, the motion is GRANTED. Access to Docket Nos. 15 and 16 shall be limited to the parties and the court pursuant to D.C.Colo.LCivR 7.2.

SO ORDERED this 8th day of March, 2016.

                                  BY THE COURT:

                                    */s/ John L. Kane*
                                  **JOHN L. KANE**
                                  **Senior U.S. District Court Judge**